UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| KYLE ISKE, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-2624-B |
| | § | |
| PRECISION DYNAMICS | § | |
| INTERNATIONAL, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Parties' Joint Stipulation of Dismissal (Doc. 20). It is **ORDERED** that all claims in Plaintiff's Complaint against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, including any attorney's fees.

**SO ORDERED**.

**SIGNED: March 14, 2025.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE